Dismissed and Memorandum Opinion filed July 10, 2003













Dismissed and
Memorandum Opinion filed July 10, 2003.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00645-CR

____________

 

ANTHONY RAY BLUNT, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 

_________________________________________________

 

On Appeal from
the 177th District Court

Harris County, Texas

Trial Court
Cause No. 947,673

 

_________________________________________________

 

M E M O R A
N D U M   O P I N I O N

            Appellant entered a guilty plea to
unlawful carrying of a handgun (liquor license premises) on May 5, 2003.  In accordance with the terms of a plea
bargain agreement with the State, the trial court sentenced appellant to five
years’ confinement in the Texas Department of Criminal Justice – Institutional
Division.  Appellant filed a pro se
notice of appeal.  Because appellant has
no right to appeal, we dismiss.  

            The trial court entered a
certification of the defendant’s right to appeal in which the court certified
that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial
court’s certification is included in the record on appeal.  See
Tex. R. App. P. 25.2(d).

 

            Accordingly, we dismiss the
appeal.  

 

                                                                                    PER
CURIAM

 

Judgment rendered and
Memorandum Opinion filed July 10, 2003.

Panel consists of Justices
Yates, Hudson, and Frost.

Do Not Publish — Tex. R. App. P. 47.2(b).